**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01431-CV

**KENNETH CRUMBLEY AND SEDONA OIL & GAS CORP, Appellants**

**V.**

**FRANCIS PHILIP SEARS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07787**

## ORDER

We **GRANT** the parties' April 12, 2013 Joint Motion for Extension of Mediation Deadline. We **ORDER** the parties to conduct mediation on or before May 19, 2013.

/s/     MARY MURPHY
         JUSTICE